JON M. SANDS
Federal Public Defender
**ÁNGELES RODRÍGUEZ-MADERA**
Puerto Rico Bar No. 20912
*Email: Angeles_Rodriguez-Madera@fd.org*
**ELENA M. KAY**
State Bar No. 026391
*Email: elena_kay@fd.org*
Assistant Federal Public Defenders
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 4:20-02592-TUC-RCC (JR) |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL** |
| vs. | |
| JAVIER RAFAEL HARO AGUILAR, | **(First Request)** |
| Defendant. | |

It is expected that excludable delay under Title 18 USC § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Assistant Federal Public Defenders Angeles Rodriguez-Madera and Elena M. Kay, counsel for the Defendant Javier Rafael Haro Aguilar, hereby move to withdraw as counsel in this case.  Mr. Haro-Aguilar does not believe that the assigned attorneys are providing effective assistance and the attorney-client relationship cannot be restored.  He therefore is requesting new counsel outside of the office of the federal public defender.

For these reasons the defendant requests that new counsel be appointed under the Criminal Justice Act Panel.

1     **RESPECTFULLY SUBMITTED:**     December 11, 2020

2

3     JON M. SANDS
    Federal Public Defender

4     *s/Ángeles Rodríguez-Madera*

5     **Ángeles Rodríguez-Madera**
    Assistant Federal Public Defender

6

7     *s/Elena Kay*

8     **Elena Kay**
    Assistant Federal Public Defender