**THE LAW OFFICE OF**
**BARTHOLOMEW D. REIDY**
314 South Sixth Avenue
Tucson, Arizona 85701
Telephone: (520) 884-1234
Facsimile: (520) 884-9687
Email: Bart@LawyerBart.com
Attorney for Defendant Haro Aguilar
By: Bart Reidy, Arizona Bar #02452007772

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Javier Rafael Haro Aguilar, )<br>)<br>Defendant. )<br>_____ ) | CR20-2592-TUC-RCC(JR)<br><br>**MOTION TO CONTINUE TRIAL AND PLEA DEADLINE**<br><br>**First Request by Present Counsel** |

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant Javier Rafael Haro Aguilar, through undersigned counsel, requests that this Court continue all matters currently pending before this Court for a period of at least ninety days (90 days). The plea deadline was, most recently, set for December 31, 2020; and trial is scheduled to begin on January 20, 2021 at 9:30a.m. This request for a continuance is made for the following reasons:

(1) Current counsel was appointed to represent the defendant only a few weeks ago. As of the date of this filing counsel has not yet received the file from previous counsel. As such,

additional time is required for the defense to adequately investigate this case and prepare for trial, if deemed necessary.

(2) Assistant United States Attorney Stefanie Hepford has been contacted regarding this request and expressed no objection to the proposed continuance.

(3) Undersigned counsel avers that this request has not been made for purposes of harassment or delay.

RESPECTFULLY SUBMITTED this   4th   day of January, 2021.


/s/ **Bartholomew D. Reidy**
BARTHOLOMEW D. REIDY
Attorney for Defendant Haro Aguilar

Certificate of Service:

I hereby certify that on January 4, 2021 I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stefanie Hepford – AUSA

By:   BDR
Haro Aguilar\motion to continue 1-4-21